68,613-13

ARTIS CHARLES HARRELL
Pro se - TDC# 1334295
W.G. McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

December 4, 2015

COURT OF CRIMINAL APPEALS OF TEXAS
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

RE: WR-68,613-13
    Tr. Ct. No. 982557-G

Dear Clerk of Court:

I received a notice from this court that it has received and presented my 11.07 to the Court. Please inform me in writing of the status of my petition.

Thank you for your immediate assistance.

Sincerely,

Artis Charles Harrell